UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEON BAILEY, No. 14067-029,

    Petitioner,

v.

E. WILLIAMS, Warden,

    Respondent.

Case No. 20-cv-504-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Deon Bailey's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice, that judgment is entered in favor of respondent Warden E. Williams and against petitioner Deon Bailey, and that this case is dismissed with prejudice.

**DATED:** December 4, 2020

MARGARET M. ROBERTIE, Clerk of Court

**s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**